# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WOODS AND ROSEMARY L. WOODS,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>　　Defendants. | CASE NO : 2:20-cv-02516-KJM-JDP<br><br>**ORDER GRANTING SECOND JOINT STATUS REPORT RE: SETTLEMENT STATUS AND DISMISSAL**<br><br>Honorable Judge Kimberly K. Mueller |

The request for continuance is GRANTED. The deadline to file the dispositional documents is hereby continued to February 23, 2022.

IT IS SO ORDERED.

DATED: February 1, 2022

CHIEF UNITED STATES DISTRICT JUDGE

-2-
ORDER