# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WOODS AND ROSEMARY L. WOODS,<br><br>    Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO : 2:20-cv-02516-KJM-JDP<br><br>**ORDER GRANTING THIRD JOINT STATUS REPORT RE: SETTLEMENT STATUS AND DISMISSAL**<br><br>Honorable Judge Kimberly K. Mueller |

-2-

The parties' request for continuance is granted.  The deadline to file dispositional documents is continued to April 29, 2022.

IT IS SO ORDERED.

DATED: March 3, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE