# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY WOODS AND ROSEMARY L. WOODS,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive,**<br><br>  Defendants. | Case No.: **2:20-cv-02516-KJM-JDP**<br><br>**ORDER ON STIPULATION REGARDING PLAINTIFFS' ATTORNEYS' FEES, COSTS AND EXPENSES**<br><br>Honorable Judge Kimberly J. Mueller |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs LARRY WOODS and ROSEMARY L. WOODS ("**Plaintiffs**") and Defendant FORD MOTOR COMPANY ("**Defendant**"), by and through their respective counsel of record, have entered into a stipulation for entry of an Order by the Court regarding Plaintiff's attorneys' fees, costs and expenses.

**THE PARTIES HAVE STIPULATED TO THE ENTRY OF AN ORDER AS FOLLOWS:**

(1) That Defendant shall pay the sum of $18,250.00 to Plaintiffs and Plaintiffs hereby agree to accept said payment in full satisfaction of all claims for attorneys' fees, costs and expenses in connection with this action.

(2) That Defendant shall pay the sum of $18,250.00 to Plaintiffs within 60 days of March 10, 2022 unless matters outside of the control of Defendant cause delay.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

This order resolves ECF Nos. 20 & 21.

DATED:  March 14, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE